■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN ROMAN, Appellant. [839 NYS2d 362]—Appeal from an order of the Supreme Court, Monroe County (Frank P. Geraci, Jr., A.J.), entered December 16, 2005. The order determined that defendant is a level two risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Memorandum: We conclude that Supreme Court properly determined that defendant is a level two risk pursuant to the Sex Offender Registration Act (Correction Law § 168 *et seq.*). Contrary to the contention of defendant, the court properly relied on the case summary in determining his risk level. We have consistently held that case summaries constitute reliable hearsay (*see e.g. People v Vacanti*, 26 AD3d 732 [2006], *lv denied* 6 NY3d 714 [2006]; *People v Vaughn*, 26 AD3d 776 [2006]), and we decline defendant's request that we revisit our prior decisions. Present—Scudder, P.J., Martoche, Smith, Centra and Peradotto, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESSIAH ZORZENON, Appellant. [836 NYS2d 478]—Appeal from a judgment of the Seneca County Court (Dennis F. Bender, J.), rendered November 14, 2005. The judgment convicted defendant, upon his plea of guilty, of attempted promoting prison contraband in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see generally People v Jenkins*, 2 AD3d 1390, 1391 [2003]). Present—Scudder, P.J., Martoche, Smith, Centra and Peradotto, JJ.